UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABYBJORN, AB,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ERGO BABY CARRIER, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00446-AB-RAOx<br><br>**FINAL JUDGMENT** |

1  The Court, having granted Defendant The Ergo Baby Carrier, Inc.'s ("Ergobaby") Motion for Summary Judgment as it relates to noninfringement of U.S. Patent No. 7,779,490 (the "Asserted Patent"), having found the remainder of Ergobaby's Motion for Summary Judgment moot, and having denied-in-part and finding moot-in-part Plaintiff BabyBjorn AB's ("BabyBjorn") Motion for Summary Judgment, hereby enters FINAL JUDGMENT of noninfringement in favor of Defendant Ergobaby and against Plaintiff BabyBjorn on all of Plaintiff's asserted claims of infringement of the Asserted Patent and Defendant's defenses/counterclaims of noninfringement of the Asserted Patent.

It is further ORDERED, ADJUDGED, and DECREED that Ergobaby's remaining counterclaims for invalidity of the Asserted Patent are hereby dismissed without prejudice.

This is a final judgment, and all other requested relief is denied; provided, however, this is without prejudice to any application or motion for costs or attorney's fees.

**IT IS SO ORDERED**.

Dated: January 13, 2025

The Honorable André Birotte Jr.
United States District Judge