**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BabyBjörn AB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Ergo Baby Carrier, Inc.,<br><br>　　　　Defendant.<br><br>The Ergo Baby Carrier, Inc.,<br><br>　　　　Counter-Plaintiff,<br><br>　　v.<br><br>BabyBjörn AB,<br><br>　　　　Counter-Defendant. | CASE NO: 2:23-CV-00446 AB (RAOx)<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Action Filed: January 20, 2023 |

　　As provided in the parties' Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41, this action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**. Each party will bear its own attorney's fees and costs.

　　**IT IS SO ORDERED.**

DATED: August 26, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE